1  Glenn Zuckerman
2  **WEITZ & LUXENBERG, PC**
   700 Broadway
3  New York, New York 10003
   Telephone: 212-558-5000
4  Facsimile: 212-344-5461
   Attorneys for Plaintiffs
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11
12  This Document Relates to:                )
                                             )
13  *Dean Fowler v. Pfizer Inc, et al.*      )   **MDL NO. 1699**
    (07-3286 CRB)                            )   District Judge: Charles R. Breyer
14                                           )
    *Orlando Archunde v. Pfizer Inc, et al.* )
15  (07-3337 CRB)                            )
                                             )
16  *Carroll Stith, et al. v. Pfizer Inc, et al.* )   **STIPULATION AND ORDER OF**
    (07-3338 CRB)                            )   **DISMISSAL WITH PREJUDICE**
17                                           )
    *Jessie Johnston v. Pfizer Inc, et al.*  )
18  (07-3548 CRB)                            )
                                             )
19  *Verna Weese, et al. v. Pfizer Inc, et al.* )
    (07-3910 CRB)                            )
20                                           )
    *Renee Klepps, et al. v. Pfizer Inc, et al.* )
21  (07-4153 CRB)                            )
                                             )
22  *Karen James v. Pfizer Inc, et al.*      )
    (07-4740 CRB)                            )
23                                           )
    *Patricia D. Smith, et al. v. Pfizer Inc, et al.* )
24  (07-4741 CRB)                            )
                                             )
25  *Emma-Ling Francis v. Pfizer Inc, et al.* )
    (07-4742 CRB)                            )
26                                           )
    *Homer Swift, et al. v. Pfizer Inc, et al.* )
27  (07-4743 CRB)                            )
                                             )
28  *Louise Kreft, et al. v. Pfizer Inc, et al.* )

-1-

```
1    (07-4744 CRB)                              )
                                                )
2    Joseph Fernald v. Pfizer Inc, et al.       )
     (07-4745 CRB)                              )
3                                               )
     Scott Cruver v. Pfizer Inc, et al.         )
4    (07-5000 CRB)                              )
                                                )
5    Nancy Cattanach v. Pfizer Inc, et al.      )
     (07-5001 CRB)                              )
6                                               )
     Sarah Fredricks, et al. v. Pfizer Inc, et al. )
7    (07-5002 CRB)                              )
                                                )
8    Georgia McNeal v. Pfizer Inc, et al.       )
     (08-4024 CRB)                              )
9
```

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10-29, 2009        By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009       By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2585061.1

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court